IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL "JIM" BIEKER, JR., | 3:16-cv-00215-BR |
|     Plaintiffs, | JUDGMENT |
| v. | |
| CITY OF PORTLAND, and PORTLAND FIRE & RESCUE, | |
|     Defendants. | |

**BROWN, Judge**

The Court's Opinion and Order (#15) issued July 14, 2016, granted Defendants' Motion (#5) to Dismiss Plaintiff's Complaint and gave Plaintiff leave to replead by August 20, 2016, as to certain claims. Plaintiff has not filed any amended complaint.

IT IS HEREBY ADJUDGED THAT this case is **DISMISSED without prejudice**.

IT IS SO ORDERED.

DATED this 19th day of September, 2016.

                                                    /s/ Anna J. Brown

                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT